BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
BRYCE B. ELLSWORTH, IDAHO STATE BAR NO. 8254
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ROBERT CARLOS MORALES,<br><br>   Defendants. | Case No. 17-cr-00274-S-EJL-01<br><br>**SUPERSEDING INFORMATION** |
|---|---|

The United States Attorney charges:

### COUNT ONE

**Distribution of Methamphetamine**
**21 U.S.C. § 841(a)(1) and (b)(1)(B)**

On or about March 14, 2017, in the District of Idaho, the defendant, ROBERT CARLOS MORALES, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).a

**INDICTMENT** - 1

Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

Dated this 14th day of February 2018.

        BART M. DAVIS
        UNITED STATES ATTORNEY
        By:

        /s/ Bryce B. Ellsworth
        BRYCE B. ELLSWORTH
        Special Assistant United States Attorney

**INDICTMENT** - 2